Jil Mazer-Marino
Chapter 7 Trustee
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 7 |
| William Calhoun, | Case No: 20-10332-rg |
| Debtor. | |

------------------------------------------------------------

### SECOND STIPULATION AND ORDER EXTENDING TRUSTEE'S AND UNITED STATES TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE AND/OR <u>MOVE TO DISMISS</u>

**WHEREAS,** William Calhoun (the "Debtor") filed a voluntary petition (the "Petition") for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (Manhattan Division); and

**WHEREAS,** Jil Mazer-Marino was appointed the Interim Chapter 7 Trustee of the Debtor's estate (the "Trustee"); and

**WHEREAS,** pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines, May 11, 2020 was fixed as the last day to file a complaint objecting to the discharge of the Debtor and/or file a motion to dismiss; and

**WHEREAS**, by stipulation and order entered on April 27, 2020, the deadline to object to discharge was extended to July 10, 2020; and

**WHEREAS,** the Debtor has consented to an extension of the Trustee's and the United States Trustee's time to object to the Debtor's discharge under Bankruptcy Code section 727 and has consented to an extension of the deadline to move to dismiss this case, including under Bankruptcy Code section 707(b).

**NOW, THEREFORE,** it is stipulated and agreed by and between the undersigned that:

1. The Trustee and the United States Trustee's time to object to the discharge of the Debtor and/or move to dismiss the Debtor's case including under Bankruptcy Code section 707(b) is extended for a period through and including October 10, 2020, without prejudice to the Trustee and the United States Trustee's rights to seek a further extension or extensions of such time.

2. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

3. The parties hereto consent to the entry of the stipulation as an order in this case.

Dated: Garden City, New York
       June 16, 2020

                                              */s/ Jil Mazer-Marino*
                                              Jil Mazer-Marino
                                              Chapter 7 Trustee
                                              Cullen and Dykman LLP
                                              100 Quentin Roosevelt Boulevard
                                              Garden City, New York 11530
                                              (516) 357-3700

Dated: New York, New York
       June __, 2020

                                              Michael E. Liptrot, Esq.
                                              Attorney for Debtor
                                              17 State Street, Fl. 4
                                              New York, New York 10004
                                              (212) 269-2500

NO OBJECTION

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE

By:    */s/ Andrew D. Velez Rivera*
        Andrew D. Velez Rivera, Trial Attorney

SO ORDERED this _____
day of _____, 2020

_____
United States Bankruptcy Judge
1920903

3. The parties hereto consent to the entry of the stipulation as an order in this case.

Dated: Garden City, New York
       June 16, 2020

*/s/ Jil Mazer-Marino*
Jil Mazer-Marino
Chapter 7 Trustee
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700

Dated: New York, New York
       June 16__, 2020

Michael E. Liptrot, Esq.
Attorney for Debtor
17 State Street, Fl. 4
New York, New York 10004
(212) 269-2500

NO OBJECTION

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE

By: _____
     Andrew D. Velez Rivera, Trial Attorney

SO ORDERED this _____
day of _____, 2020

_____
United States Bankruptcy Judge
1920903